PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701

**JS-6**

Attorneys for Defendant,
THE FLEETBOSTON FINANCIAL CORPORATION
GROUP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GREGORY SCHERR,

        Plaintiff,

v.

THE FLEETBOSTON FINANCIAL
CORPORATION GROUP LONG
TERM DISABILITY PLAN,

        Defendant.

Case No.  CV 06-04050 ABC (CWx)

**JUDGMENT IN FAVOR OF DEFENDANT THE FLEETBOSTON FINANCIAL CORPORATION GROUP LONG TERM DISABILITY PLAN**

The Court, the Honorable Audrey B. Collins presiding, having fully considered the papers, argument, and evidence presented in favor of and in opposition to the parties' Opening and Responding Trial Briefs and having rendered and entered Findings of Fact and Conclusions of Law in favor of defendant The FleetBoston Financial Corporation Group Long Term Disability Plan on February 8, 2008;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendant The FleetBoston Financial Corporation Group Long Term Disability Plan and against plaintiff Gregory Scherr.  Plaintiff, therefore, shall

- 1 -

1    take nothing and defendant is entitled to and awarded its costs of suit.

2

3    DATED:  February 21, 2008

4    _____

5    The Honorable Audrey B. Collins
     United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City